UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EBONY CRYSTAL MALCOM,

    Petitioner,

v.                                       Civil No. 2:14-CV-13059

MILLICENT WARREN,

    Respondent,

_____/

## JUDGMENT

In accordance with the court's "Opinion and Order Summarily Dismissing Without Prejudice the Petition for Writ of Habeas Corpus," dated August 29th, 2014,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent Millicent Warren and against Petitioner Ebony Crystal Malcom. Dated at Detroit, Michigan, this 29th day of August 2014.

                                                  DAVID J. WEAVER
                                                  CLERK OF THE COURT

                                                  S/Lisa Wagner
                                            By: Lisa Wagner, Case Manager
                                                 to Judge Robert H. Cleland